1  HUNTON & WILLIAMS LLP
   Ann Marie Mortimer (State Bar No. 169077)
2  Diana F. Biason (State Bar No. 247274)
   550 South Hope Street, Suite 2000
3  Los Angeles, California 90071-2627
   Telephone: (213) 532-2000
4  Facsimile:  (213) 532-2020

5  McCARTER & ENGLISH, LLP
   Kimberly S. Penner (Admitted Pro Hac Vice)
6  245 Park Avenue, 27th Floor
   New York, New York 10167
7  Telephone: (212) 609-6804
   Facsimile: (212) 609-6921
8
   Attorneys for Defendants
9  PFIZER INC., PHARMACIA CORPORATION,
   PHARMACIA & UPJOHN LLC, AND
10 PHARMACIA & UPJOHN COMPANY, LLC

Case 4:07-cv-00878-SBA   Document 34   Filed 07/13/2007   Page 1 of 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY WINWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>PFIZER INC., et al.,<br><br>    Defendants. | Case No.: CV 07-00878 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF ADR DEADLINE**<br><br>Trial Date: 3/2/09 |

STIPULATION RE EXTENSION OF ADR DEADLINE
Case No. CV 07-00878 SBA

Plaintiff Cindy Winward and defendants Pfizer Inc., Pharmacia Corporation, Pharmacia & Upjohn LLC, and Pharmacia & Upjohn Company LLC, hereby stipulate to continue the date to hold an ADR session originally set for August 1, 2007 to December 5, 2007. On May 5, 2007, the parties in this action filed a stipulation and proposed order selecting an ADR Process in the form of private mediation with a deadline of August 1, 2007. In support of this stipulation to continue the date of the mediation to December 5, 2007, the parties hereby state as follows:

Case 4:07-cv-00878-SBA   Document 34   Filed 07/13/2007   Page 2 of 3

1.  On April 10, 2007 plaintiff submitted a motion to the United States Judicial Panel on Multidistrict Litigation ("JPML") to consolidate this case with Riddell v. Pfizer, et al., a class action pending in the District of New Jersey. Opposition to this motion was filed by defendants on May 5, 2007. Oral argument on the motion has been scheduled for July 26, 2007. See Declaration of Ann Marie Mortimer ¶ 2, Exhibit "A."

2.  On June 8, 2007, plaintiff filed a motion to consolidate this action with Cable v. Pfizer Inc., et al., CV 07-00879 SBA. On June 26, 2007, defendants filed an opposition to plaintiff's motion to consolidate concurrently with a cross-motion to transfer this matter to the District of Utah pursuant to 28 U.S.C. § 1404(a). Hearing on plaintiff's motion to consolidate and defendants' cross-motion to transfer is currently scheduled for October 23, 2007.

3.  Due to the motion to consolidate pending with the JPML and plaintiff's motion to consolidate and defendants' cross-motion to transfer pending in the Northern District, an August 1, 2007 ADR deadline is premature.

///
///
///
///
///

4. The parties respectfully request the Court to enter the Proposed Order for the reasons set forth above.

Respectfully submitted,

DATED: July 11, 2007

HUNTON & WILLIAMS LLP

By: /s/ Ann Marie Mortimer
Ann Marie Mortimer
Attorneys for Defendants
PFIZER INC., PHARMACIA CORPORATION, PHARMACIA & UPJOHN LLC, AND PHARMACIA & UPJOHN COMPANY, LLC

Dated: July __, 2007

STERNS & WALKER

By: /s/ Brenda Posada
Brenda Posada
Attorneys for Plaintiff,
CINDY WINWARD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 16, 2007    By: /s/ Sandra B. Armstrong
Sandra B. Armstrong
UNITED STATES DISTRICT JUDGE